UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

**v.      CRIMINAL ACTION NO. 2:11-00029**

**JENNIFER BRICK**

**O R D E R**

On October 19, 2011, the court directed the issuance of a warrant for the defendant pursuant to the petition to revoke the defendant's three-year term of supervised release. The final revocation hearing is set for 10:00 a.m. on November 8, 2011. After consultation with counsel for the United States and the defendant, it is ORDERED that the petition be, and it hereby is, held in abeyance, and it is further ORDERED that the revocation hearing be, and it hereby is, continued generally.

This date the court ordered the modification of the defendant's term of supervised release directing that she reside at the MOTHER program, a six-month residential substance abuse program in Beckley, West Virginia. Upon notification that bed space is available, at which time the court anticipates ordering the defendant's release, the defendant shall report directly from her place of incarceration to the community confinement center.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: November 4, 2011

John T. Copenhaver, Jr.
United States District Judge